**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00687-CR

**CHRISTY ALLANE RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 064768**

## ORDER

The Court **REINSTATES** the appeal.

On November 13, 2015, the Court struck the second *Anders* brief filed by counsel Michael Hamilton, granted Mr. Hamilton's motion to withdraw, and ordered the trial court to appoint new counsel to represent appellant on this appeal. We have received the trial court's order appointing Garland Caldwell as appellant's new attorney.

We **DIRECT** the Clerk to list Garland Caldwell as appellant's appointed attorney of record.

Appellant's brief is due within **FORTY-FIVE DAYS** of the date of this order.

/s/    ADA BROWN
        JUSTICE